THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Terry A.
 Clayton, Appellant.
 
 
 

Appeal From Spartanburg County
 Marc H. Westbrook, Circuit Court Judge
Unpublished Opinion No. 2008-UP-106
Submitted February 1, 2008  Filed
 February 12, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Harold W. Gowdy, III, for Respondent.
 
 
 

PER CURIAM:  Appellant,
 Terry A. Clayton, was indicted for and convicted of one count of felony DUI
 causing death and one count of reckless homicide.  The trial judge sentenced Clayton
 to concurrent sentences of fifteen years for felony DUI and ten years for reckless
 homicide.  Claytons counsel
 attached to the brief a petition to be relieved as counsel, stating that she
 had reviewed the record and concluded this appeal lacks merit.  Clayton filed a
 separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.